```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF GEORGIA
                            ATHENS DIVISION
```

| | |
|---|---|
| KIARRA GARY, | * |
|     Plaintiff | * |
| vs. | * |
| |     CASE NO. 3:11-CV-84 (CDL) |
| MICHAEL ASTRUE, Commissioner of Social Security, | * |
| | * |
|     Defendant | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge filed on June 29, 2012.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 23rd day of July, 2012.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE